IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| FRANCISCO AYALA, | § |
| Plaintiff, | § |
| v. | §  Civil Action No. 4:17-cv-00783-O-BP |
| NANCY A. BERRYHILL,<br>**Acting Commissioner of Social<br>Security Administration,** | § |
| Defendant. | § |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed, and the Magistrate Judge's recommendation is ripe for review. The District Judge reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that the Commissioner's decision is **REVERSED** and **REMANDED** for further administrative proceedings consistent with the magistrate judge's recommendation.

**SO ORDERED** on this **23rd day** of **March, 2018.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE